IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| REGISTRY OF INTERPRETERS FOR THE DEAF, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cv-829 |
| ) | (LMB/MSN) |
| McCANN ASSOCIATES HOLDINGS, LLC, ) | |
| d/b/a McCANN ASSOCIATES, LLC ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF REGISTRY OF INTERPRETERS FOR THE DEAF, INC.'S
<u>RULE 7.1 FINANCIAL INTEREST DISCLOSURE STATEMENT</u>**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff Registry of Interpreters for the Deaf, Inc. in the above-captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

**REGISTRY OF INTERPRETERS
FOR THE DEAF, INC.**
By Counsel

/s/
Sarah A. Belger (VA Bar No. 67947)
Todd S. Rouse (VA Bar No. 85113)
*Counsel for Plaintiff,*
  *Registry of Interpreters for the Deaf, Inc.*
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102
Telephone: 703-712-5350
Facsimile: 703-712-5299
Email: sbelger@mcguirewoods.com
       trouse@mcguirewoods.com

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of July, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Craig C. Reilly, Esq. (VSB # 20942)
> The Law Office of Craig C. Reilly
> 111 Oronoco Street
> Alexandria, VA 22314
> Tele: (703) 549-5354
> Fax: (703) 549-5355
> *Counsel for Defendant*
> *McCann Associates Holdings, LLC*

                                           /s/
                                   Sarah A. Belger (VA Bar No. 67947)
                                   *Counsel for Plaintiff*
                                    *Registry of Interpreters for the Deaf, Inc.*
                                   McGuireWoods LLP
                                   1750 Tysons Boulevard, Suite 1800
                                   McLean, Virginia 22102
                                   Telephone: 703-712-5350
                                   Facsimile: 703-712-5299
                                   Email: sbelger@mcguirewoods.com

68848386_1